Mr. Earl E. Sydner Jr. #B-72858
Hill Corr. Center
P.O. Box 1700
Galesburg, IL 61401


FILED
FEB 03 2010
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

February 1, 2010

Clerk of Court
Central District.

In Re: Sydner v. Fuqua No. 08-cv-3269; And Sydner v. Hedden No. 09-1135

Greetings,

Would you please be so kind as to file the enclosed motion and forward me a docket sheet Reflecting any motions I have pending before Judge H. Baker in the Urbana bench I believe. I would be deeply greatful.

Thank you.

Sincerely Yours,
Earl E. Sydner Jr.