E-FILED
Thursday, 01 April, 2010  11:00:30 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| EARL EDWARD SYDNER, #B72858, | ) |
| Plaintiff, | ) |
| vs. | ) No. 09-1135 |
| WILLIE HEDDEN, et al., | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Now comes Lisa Madigan, Attorney General for the State of Illinois, by Lisa Behle, Assistant Attorney General, State of Illinois, hereby enters her appearance on behalf of Defendant Willie B. Hedden in the above cause.

Respectfully submitted,

LISA MADIGAN, Attorney General,
State of Illinois

By:  s/ Lisa Behle
Lisa Behle, #6298233
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
217.782.9026  Phone
217.524.5091  Fax
E-Mail:  lbehle@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| EARL EDWARD SYDNER, #B72858, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09-1135 |
| | ) | |
| WILLIE HEDDEN, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2010, I electronically filed a Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on April 1, 2010, I mailed by United States Postal Service, the document to the following non-registered participant:

Earl E. Sydner, Jr., #B72858
Hill Correctional Center
600 S. Linwood Road
Post Office Box 1700
Galesburg, Illinois 61401

Respectfully Submitted,
 /s/ Lisa Behle
Lisa Behle, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
217.782.9026  Phone
217.524.5091  Fax
E-Mail:  lbehle@atg.state.il.us