# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Earl E. Sydner, Jr.**

vs.

Willie B. Hedden; Mark A Mountain; Assistant Warden Young; Jonathan R Walls; Assistant Warden Lowls; Lt Ashcroft; Lt Forrest J Ashby; Richard K Davis; Sherry Benton; and Roger E Walker, Jr;

Case Number: **09-1135**

**DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants Mark A Mountain, Assistant Warden Young, Jonathan R Walls, Assistant Warden Lowls, Lt Ashcroft, Lt Forrest J. Ashby, Richard K Davis, Sherry Benton, and Roger E. Walker, Jr. are dismissed pursuant to Fed R. Civ. P. 12(b)(6) pursuant to order entered on 4/21/09. IT IS FURTHER ORDERED AND ADJUDGED that judgment is hereby entered in favor of the remaining defendant, Willie B. Hedden, and against the plaintiff. The parties are to bear their own costs.

ENTER this 21st day of October, 2010

PAMELA E. ROBINSON, CLERK

s/M. Bailey
BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case